UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARIE BARBOUR,
        Plaintiff,

v.

FIDELITY LIFE ASSOCIATION,
        Defendant.

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 5:18-cv-76-D**

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Fidelity Life's motion for summary judgment [D.E. 16].

**This Judgment Filed and Entered on January 9, 2019, and Copies To:**

| | |
|---|---|
| J. Michael Malone | (via CM/ECF electronic notification) |
| Katherine L. Villanueva | (via CM/ECF electronic notification) |
| John M. Sperati | (via CM/ECF electronic notification) |

DATE:
January 9, 2019

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk